**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ALEA RUCKER,

Plaintiff,

v. Case No. 26-cv-4099-EFM

SACRED HEART INC.
d/b/a FAITH HOME HEALTH AND HOSPICE,

Defendant.

**ORDER**

This matter comes before the court on plaintiff Alea Rucker's Motion to Proceed Without Prepayment of Fees. (ECF 3.) Title 28 U.S.C. § 1915 allows courts to authorize commencing a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor." Here, Rucker submitted the court's form affidavit of financial status, but it is incomplete. First, Rucker did not state whether she is married and, if so, the financial position of her spouse. Second, the amount of Rucker's cash on hand in savings or checking accounts is unclear, due to a formatting issue on the document. Third, Rucker lists student-loan and medical debt, but does not state the amount (if any) that she pays monthly on those debts. Finally, Rucker listed three dependents and stated that she gives $2,000 monthly to support the dependents, but it is unclear what that money is for—for example, is it for child support or some other type of expenses and, if so, what those expenses include. The court requests that Rucker clarify how this support is directed and also whether she is giving $2,000 monthly to *each* dependent (for a total of $6,000 monthly) or $2,000 monthly total for all dependents.

Because of missing information, the court cannot determine whether Rucker is unable to pay the filing fee. *See Lister v. Dep't Of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (ruling that movant must show a financial inability to pay the required filing fee to succeed on a motion to proceed in forma pauperis). For this reason, the court directs Rucker to file a complete, supplemental financial affidavit providing all of the requested information by **October 14, 2026**. The court cautions Rucker that failure to file the supplemental affidavit by this date will likely result in the court recommending that the district judge dismiss this case for failure to pay the required filing fee or to establish that she is entitled to proceed in forma pauperis.

**IT IS THEREFORE ORDERED** that Rucker file a supplemental affidavit by **October 14, 2026,** in accordance with the directions provided in this order.

**IT IS FURTHER ORDERED** that the clerk's office mail a copy of this order, along with a blank form affidavit of financial status, to Rucker via certified and regular mail.

**IT IS SO ORDERED.**

Dated September 28, 2026, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge